547

Argued and submitted November 13, 1989, affirmed February 14, 1990

# In the Matter of the Marriage of

## KERNS,
*Respondent,*
*and*

## KERNS,
*Appellant.*

(CV 87-639; CA A51119)

786 P2d 1296

Robert Norman Ehmann, Pendleton, argued the cause and filed the brief for appellant.

Dennis Hachler, Pendleton, argued the cause and filed the brief for respondent.

Before Graber, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

This is a dissolution case. Husband appeals. He assigns as error the award of attorney fees to wife and the amount of child support. We affirm without discussion in respect to the award of fees. The trial court entered the judgment on January 18, 1989. We will not apply the new child support guidelines on *de novo* review to a judgment entered before October 3, 1989. We find no other error in respect to child support. *Butcher and Butcher,* 100 Or App 476, 786 P2d 1293 (1990).

Affirmed. Costs to wife.